171 A.3d 205

IN THE MATTER OF CHRISTOPHER MICHAEL HARTWYK, AN ATTORNEY AT LAW (ATTORNEY NO. 026901985)

D–123 Sept.Term 2016
079187

October 20, 2017

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 16–266, concluding that as a matter of final discipline pursuant to Rule 1:20–13(c), **CHRISTOPHER MICHAEL HARTWYK** of **SOUTH ORANGE**, who was admitted to the bar of this State in 1985, should be reprimanded for violating RPC 8.4(b)(commission of a criminal act reflecting adversely on the lawyer's honesty, trustworthiness, or fitness as a lawyer) and RPC 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **CHRISTOPHER MICHAEL HARTWYK** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in Rule 1:20–17.